## UNITED STATES DISTRICT COURT
### District of Minnesota

Tayah Lackie

                Plaintiff,

v.

Minnesota State University Student Association, Inc., St. Cloud State University, Robbyn R. Wacker, Larry Lee

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-01684-LMP-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Robbyn R. Wacker is **DISMISSED** from this action.

2. Defendant Larry Lee is **DISMISSED** from this action.

3. Count II of Lackie's complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Lackie's request for declaratory relief is **DISMISSED WITH PREJUDICE**.

Date: 2/7/2025

KATE M. FOGARTY, CLERK