UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TAYAH LACKIE,<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA STATE UNIVERSITY STUDENT ASSOCIATION, INC. d/b/a Students United and ST. CLOUD STATE UNIVERSITY,<br><br>Defendants. | Case No. 24-cv-1684 (LMP/LIB)<br><br>ORDER GRANTING LEAVE TO AMEND AND ESTABLISHING BRIEFING SCHEDULE |

The Court is in receipt of the parties' joint letter requesting guidance on the filing of various motions. ECF No. 46. Pursuant to Fed. R. Civ. P. 15(a)(2), in the interest of judicial efficiency, and based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff is granted leave to amend the complaint. Plaintiff must file and serve the amended complaint no later than March 6, 2025.

2. Defendants served with the amended complaint must answer or otherwise respond to the amended complaint no later than March 27, 2025.

3. If Defendants move to dismiss the amended complaint, Plaintiff must file and serve a responsive brief no later than April 17, 2025.

4. If Defendants move to dismiss the amended complaint, Defendants may file a reply brief no later than May 1, 2025.

2

5.      If Defendants move to dismiss the amended complaint, the Court will contact the parties to schedule a hearing after Plaintiff files her responsive brief.

6.      The pending motions to dismiss (ECF Nos. 47, 51) are **DENIED** as moot.

Dated: February 20, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

2