IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TAYAH LACKIE,<br><br>    Plaintiff,<br><br>vs.<br><br>MINNESOTA STATE UNIVERSITY STUDENT ASSOCIATION, INC. d/b/a STUDENTS UNITED; ST. CLOUD STATE UNIVERSITY; GEORGE SOULE, in his official capacity as Chair of the Minnesota State Colleges and Universities Board of Trustees; DAWN ERLANDSON, in her official capacity as Vice Chair of the Minnesota State Colleges and Universities Board of Trustees; JAY COWLES, JIM GRABOWSKA, TIM HUEBSCH, JERRY JANEZICH, JACQUELINE JOHNSON, JANA JOHNSON, ROGER MOE, JAVIER MORILLO, CHRISTOPHER RICHTER, KATHY SHERAN, and CHERYL TEFER, in their official capacities as Members of the Minnesota State Colleges and Universities Board of Trustees; SCOTT OLSON, in his official capacity as Chancellor of the Minnesota State Colleges and Universities; ROBBYN R. WACKER, in her personal and official capacity as President of ST. CLOUD STATE UNIVERSITY, or her successor; and LARRY LEE, in his personal and official capacity as Vice President for Finance and Administration at ST. CLOUD STATE UNIVERSITY, or his successor,<br><br>    Defendants. | Court File No.: 0:24-cv-01684 LMP/LIB<br><br><br>**MINNESOTA STATE UNIVERSITY STUDENT ASSOCIATION, INC. D/B/A STUDENTS UNITED'S L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Tamara L. Novotny, certify that Defendant Minnesota State University Student Association, Inc. d/b/a Students United's Memorandum in Support of its Motion to Dismiss Amended Complaint complies with Local Rules 7.1(f) of the United States District Court for the District of Minnesota.

I further certify that, in preparation of this Memorandum, I used the processing program Word for Microsoft 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced Memorandum contains 5,936 words.

**COUSINEAU MALONE, P.A.**

Dated: March 27, 2025

By:   /s/  Tamara L. Novotny
**Tamara L. Novotny**   #029617X
Attorneys for Minnesota State University Student Association, Inc. d/b/a Students United
12800 Whitewater Drive, Suite 200
Minnetonka, MN 55343
952-546-8400
tnovotny@cousineaulaw.com

4902-5184-6703, v. 1