UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Tayah Lackie, | Case No. 24-cv-01684-LMP-LIB |
| Plaintiff, | |
| vs. | |
| Minnesota State University Student Association, Inc. d/b/a Students United; St. Cloud State University; George Soule, in his official capacity as Chair of the Minnesota State Colleges and Universities Board of Trustees; Dawn Erlandson, in her Official Capacity as Vice Chair of the Minnesota State Colleges and Universities Board of Trustees; Jay Cowles, Jim Grabowska, Tim Huebsch, Jerry Janezich, Jacqueline Johnson, Jana Johnson, Roger Moe, Javier Morillo, Christopher Richter, Kathy Sheran, and Cheryl Tefer, in their official capacities as Members of the Minnesota State Colleges and Universities Board of Trustees; Scott Olson, in his official Capacity as Chancellor of the Minnesota State Colleges and Universities; Robbyn R. Wacker, in her personal and official capacity as President of St. Cloud State University, or her Successor; and Larry Lee, in his personal and official capacity as Vice President for Finance and Administration at St. Cloud State University, or his successor, | **[PROPOSED] ORDER GRANTING STATE DEFENDANTS' RENEWED MOTION TO DISMISS** |
| Defendants. | |

The above-entitled matter came before the undersigned Judge of District Court, regarding the Defendants St. Cloud State University, George Soule, in his official capacity as Chair of the Minnesota State Colleges and Universities Board of Trustees; Dawn

Erlandson, in her Official Capacity as Vice Chair of the Minnesota State Colleges and Universities Board of Trustees; Jay Cowles, Jim Grabowska, Tim Huebsch, Jerry Janezich, Jacqueline Johnson, Jana Johnson, Roger Moe, Javier Morillo, Christopher Richter, Kathy Sheran, and Cheryl Tefer, in their official capacities as Members of the Minnesota State Colleges and Universities Board of Trustees; Scott Olson, in his official Capacity as Chancellor of the Minnesota State Colleges and Universities; Robbyn R. Wacker, in her personal and official capacity as President of St. Cloud State University, or her Successor; and Larry Lee, in his personal and official capacity as Vice President for Finance and Administration at St. Cloud State University, or his successor's ("State Defendants") Renewed Motion to Dismiss Plaintiff's Complaint.

Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. State Defendants' Motion to Dismiss is **GRANTED.**

2. All claims against State Defendants in Plaintiff's Amended Complaint (Doc. 57) are **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:_____                    _____
                                       Judge Laura M. Provinzino
                                       United States District Judge